WILLIAM R. BREED et al., Executors, etc., Appellants, *v.* JOHN PADGETT et al., Respondents.

*R. A. Stanton* for appellants.

*Samuel S. Stafford* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.